The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MAURICIO A. LEON, M.D.,

    Plaintiff,

v.

IDX SYSTEMS CORPORATION, a Vermont Corporation,

    Defendant.

No. CV03-1158P

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND FOR TERMS RE: SPOLIATION OF EVIDENCE

This matter comes before the Court on defendant IDX Systems Corporation's Motion to Dismiss and for Terms Re: Spoliation of Evidence. The Court, having considered the pleadings filed in support of the motion and any opposition thereto, and begin fully advised, hereby: GRANTS the motion, dismisses the action, awards IDX its reasonable attorney fees and costs incurred in investigating and litigating plaintiff's spoliation, and imposes a court fine in the amount of $_____.

DATED this \_\_\_\_ day of _____, 2004.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND FOR TERMS RE: SPOLIATION OF EVIDENCE
NO. CV03-1158P – Page 1

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

| | |
|---|---|
| 1 | Presented by: |
| 2 | YARMUTH WILSDON CALFO PLLC |
| 3 | By: *[signature]* |
| 4 | Angelo J. Calfo, WSBA No. 27079<br>Jordan Gross, WSBA No. 23398 |
| 5 | |
| 6 | 2500 IDX Tower<br>925 Fourth Avenue |
| 7 | Seattle, WA 98104<br>Telephone: (206) 516-3800 |
| 8 | Fax: (206) 516-3888<br>Email: acalfo@yarmuth.com |
| 9 | and |
| 10 | |
| 11 | SEBRIS BUSTO JAMES<br>M. Edward Taylor, WSBA # 16864 |
| 12 | 14205 Se 36th St. #325<br>Bellevue, WA 98006 |
| 13 | Telephone: 425-460-8232 |
| 14 | Attorneys for Defendant IDX Systems |

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS AND
FOR TERMS RE: SPOLIATION OF EVIDENCE
NO. CV03-1158P – Page 2

304.01 ee273201 5/27/04

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888