Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| ~GLH02af.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:54PM | 03/21/02 05:29:08PM |
| ~GLH02ae.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:54PM | 03/21/02 05:29:08PM |
| ~GLH02ac.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:54PM | 03/21/02 05:29:08PM |
| ~GLH02ab.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:54PM | 04/19/02 04:23:24PM |
| ~GLH02aa.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:54PM | 03/21/02 05:29:08PM |
| ~GLH01f0.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:40PM | 03/21/02 05:28:58PM |
| ~GLH03d2.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:18:18PM | 03/21/02 05:29:26PM |
| ~GLH01f1.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:40PM | 03/21/02 05:28:58PM |
| ~GLH02a9.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH00e7.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:24PM | 03/21/02 05:28:54PM |
| ~GLH02a8.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH02a6.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH01f2.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:40PM | 03/21/02 05:28:58PM |
| ~GLH02a5.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH02a4.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH025c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| ~GLH0133.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:30PM | 03/21/02 05:28:54PM |
| ~GLH02a3.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH006f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 04/02/02 11:16:54AM |
| ~GLH02a2.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH006e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 04/27/00 04:59:18PM |
| ~GLH006d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 02/01/02 06:53:50PM |
| ~GLH006c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 03/05/02 06:01:32PM |
| ~GLH006a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 02/01/02 06:53:56PM |
| ~GLH01f3.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:40PM | 03/21/02 05:28:58PM |
| _GLH0068.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 03/04/02 06:36:06PM |
| ~GLH005d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:14PM | 12/04/01 10:57:06PM |
| ~GLH01f4.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:42PM | 03/21/02 05:28:58PM |
| ~GLH00c8.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:22PM | 03/21/02 05:28:52PM |
| ~GLH024d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| ~GLH024e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| ~GLH005c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:14PM | 02/01/02 06:53:48PM |
| ~GLH005b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:14PM | 04/16/02 10:47:22AM |
| ~GLH004f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 04/16/02 11:24:52AM |
| ~GLH004e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/22/02 01:39:46PM |
| ~GLH01f5.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:42PM | 03/21/02 05:28:58PM |
| ~GLH004d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/01/02 06:53:48PM |

Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| ~GLH004c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/01/02 06:53:48PM |
| ~GLH004b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/06/02 09:49:08PM |
| ~GLH004a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/01/02 06:53:48PM |
| GLH0048.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 02/01/02 06:53:46PM |
| PT34.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 05:10:12PM | 05/13/02 05:34:34PM |
| ~GLH008a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| ~GLH0078.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 03/22/00 06:01:24PM |
| ~GLH008b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| _GLH0077.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 03/22/00 06:01:24PM |
| ~GLH024f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| _GLH0251.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| ~GLH0258.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| ~GLH025b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:48PM | 03/21/02 05:29:04PM |
| _GLH0076.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:16PM | 03/22/00 06:01:24PM |
| ~GLH000b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:06PM | 04/19/02 04:18:38PM |
| ~GLH000c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:06PM | 04/16/02 11:26:26AM |
| ~GLH000d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:06PM | 04/16/02 11:26:26AM |
| ~GLH000e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:06PM | 04/19/02 04:23:24PM |
| ~GLH003f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:12PM | 04/19/02 04:18:36PM |
| ~GLH003b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/01/02 06:54:52PM |
| ~GLH003a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/01/02 06:54:52PM |
| _GLH0039.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/24/99 03:15:26PM |
| ~GLH000f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:06PM | 04/19/02 04:18:38PM |
| _GLH0038.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 06/05/01 04:59:00PM |
| ~GLH008d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| _GLH0037.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 04/27/00 05:48:02PM |
| ~GLH008e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| _GLH0036.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/07/01 06:13:16PM |
| _GLH0035.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/06/02 09:49:10PM |
| _GLH0034.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/05/02 06:01:32PM |
| ~GLH02a0.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:08PM |
| ~GLH008f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| ~GLH002f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 04/03/02 04:10:16PM |
| ~GLH029e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:06PM |
| ~GLH002e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/01/02 06:53:46PM |
| ~GLH001a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 02/21/02 03:22:30PM |
| ~GLH002d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/01/02 06:53:46PM |

## Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| ~GLH002c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 03/25/02 04:15:58PM |
| _GLH0091.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| _GLH0093.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| ~GLH002b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 04/15/02 04:54:08PM |
| _GLH0132.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:30PM | 03/21/02 05:28:54PM |
| ~GLH002a.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:10PM | 02/01/02 06:53:46PM |
| ~GLH001b.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 02/21/02 03:22:30PM |
| ~GLH001c.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 02/01/02 06:53:44PM |
| ~GLH001d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 02/01/02 06:53:44PM |
| ~GLH001e.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 03/04/02 06:36:04PM |
| ~GLH001f.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:08PM | 04/02/02 11:16:52AM |
| ~GLH03ad.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:18:14PM | 03/21/02 05:29:20PM |
| ~GLH029d.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:52PM | 03/21/02 05:29:06PM |
| ~GLH00fb.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:26PM | 03/21/02 05:28:54PM |
| _GLH0094.TMP | TMP | File, Deleted, Archive | 5/14/2002 | 05/14/02 03:17:18PM | 03/21/02 05:28:50PM |
| PT4.TMP | TMP | File, Deleted, Archive | 5/15/2002 | 05/15/02 03:28:10PM | 05/15/02 03:27:34PM |
| PT4.TMP | TMP | File, Deleted, Archive | 5/15/2002 | 05/15/02 02:56:26PM | 05/15/02 03:28:12PM |
| WRD2143.TMP | TMP | File, Deleted, Archive | 6/3/2002 | 06/03/02 05:47:50PM | 06/03/02 06:12:52PM |
| WRD0937.TMP | TMP | File, Deleted, Archive | 6/3/2002 | 06/03/02 03:23:10PM | 06/03/02 03:23:12PM |
| WRD3431.TMP | TMP | File, Deleted, Archive | 6/3/2002 | 06/03/02 04:39:14PM | 06/03/02 05:02:12PM |
| WRD0182.TMP | TMP | File, Deleted, Archive | 6/3/2002 | 06/03/02 11:43:46AM | 06/03/02 12:07:38PM |
| WRD3238.TMP | TMP | File, Deleted, Archive | 6/3/2002 | 06/03/02 06:28:02PM | 06/03/02 06:39:58PM |
| WRD2819.TMP | TMP | File, Deleted, Archive | 6/4/2002 | 06/03/02 03:43:14PM | 06/04/02 01:19:20PM |
| WRD0000.TMP | TMP | File, Deleted, Archive | 6/6/2002 | 06/06/02 09:50:10AM | 06/06/02 09:50:14AM |
| WRD1470.TMP | TMP | File, Deleted, Archive | 6/7/2002 | 06/07/02 09:34:40AM | 06/07/02 09:34:42AM |
| WRD0003.TMP | TMP | File, Deleted, Archive | 6/20/2002 | 06/20/02 09:45:12AM | 06/20/02 04:24:54PM |
| WRD1376.TMP | TMP | File, Deleted, Archive | 6/24/2002 | 06/24/02 08:44:40AM | 06/24/02 09:56:36AM |
| WRD1808.TMP | TMP | File, Deleted, Archive | 6/24/2002 | 06/24/02 08:44:40AM | 06/24/02 09:34:14AM |
| WRD3706.TMP | TMP | File, Deleted, Archive | 6/24/2002 | 06/24/02 11:50:02AM | 06/24/02 11:50:04AM |
| WRD0067.TMP | TMP | File, Deleted, Archive | 6/24/2002 | 06/24/02 08:44:40AM | 06/24/02 11:02:52AM |
| WRD2602.TMP | TMP | File, Deleted, Archive | 6/26/2002 | 06/25/02 03:21:18PM | 06/26/02 11:08:24AM |
| WRD0534.TMP | TMP | File, Deleted, Archive | 6/27/2002 | 06/27/02 02:44:48PM | 06/27/02 04:20:14PM |
| WRD0000.TMP | TMP | File, Deleted, Archive | 6/28/2002 | 06/28/02 07:36:18AM | 06/28/02 07:36:20AM |
| WRD2013.TMP | TMP | File, Deleted, Archive | 7/10/2002 | 07/10/02 12:33:28PM | 07/10/02 04:56:58PM |
| WRD3019.TMP | TMP | File, Deleted, Archive | 7/10/2002 | 07/10/02 12:33:28PM | 07/10/02 12:33:32PM |
| WRD3792.TMP | TMP | File, Deleted, Archive | 7/10/2002 | 07/10/02 12:33:28PM | 07/10/02 12:51:36PM |
| WRD0061.TMP | TMP | File, Deleted, Archive | 7/16/2002 | 07/16/02 02:13:36PM | 07/16/02 02:16:06PM |

Norberg Decl. - 63
CV03-1158P

**Wiped File List**

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| _WRD0000.TMP | TMP | File, Deleted, Archive | 7/16/2002 | 07/16/02 12:18:48PM | 07/16/02 12:18:50PM |
| _WRD3302.TMP | TMP | File, Deleted, Archive | 7/18/2002 | 07/17/02 08:06:48PM | 07/18/02 10:45:42AM |
| _WRD3308.TMP | TMP | File, Deleted, Archive | 7/18/2002 | 07/17/02 08:06:48PM | 07/18/02 10:19:14AM |
| _WRD0002.TMP | TMP | File, Deleted, Archive | 7/29/2002 | 07/29/02 11:42:36AM | 07/29/02 11:42:38AM |
| _WRD0736.TMP | TMP | File, Deleted, Archive | 8/20/2002 | 08/20/02 10:56:44AM | 08/20/02 11:12:26AM |
| _WRD0782.TMP | TMP | File, Deleted, Archive | 9/3/2002 | 09/03/02 08:54:46AM | 09/03/02 08:54:48AM |
| _WRD0002.TMP | TMP | File, Deleted, Archive | 9/6/2002 | 09/06/02 08:24:50AM | 09/06/02 08:24:52AM |
| _WRD0946.TMP | TMP | File, Deleted, Archive | 9/11/2002 | 09/11/02 10:36:24AM | 09/11/02 10:36:26AM |
| _WRD2512.TMP | TMP | File, Deleted, Archive | 10/14/2002 | 10/14/02 12:21:54PM | 10/14/02 12:21:56PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 11:44:04AM | 11/18/02 11:44:06AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 11:44:04AM | 11/18/02 11:44:06AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 12:16:48PM | 11/18/02 12:16:50PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 12:16:48PM | 11/18/02 12:17:02PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 10:06:26AM | 11/18/02 10:06:28AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/18/2002 | 11/18/02 10:06:26AM | 11/18/02 10:06:28AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/19/2002 | 11/19/02 01:18:14PM | 11/19/02 01:18:16PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/19/2002 | 11/19/02 12:24:14PM | 11/19/02 12:24:16PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/19/2002 | 11/19/02 03:09:38PM | 11/19/02 03:09:40PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:41:40PM | 11/21/02 08:41:42PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:41:40PM | 11/21/02 08:41:42PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:37:36PM | 11/21/02 08:37:38PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 10:09:08AM | 11/21/02 10:09:10AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 09:15:32AM | 11/21/02 09:15:34AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:36:56AM | 11/21/02 08:36:58AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:36:56AM | 11/21/02 08:36:58AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/21/2002 | 11/21/02 08:35:54AM | 11/21/02 08:35:56AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/22/2002 | 11/22/02 01:05:52PM | 11/22/02 01:05:54PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/22/2002 | 11/22/02 04:04:02PM | 11/22/02 04:04:04PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/22/2002 | 11/22/02 09:55:56AM | 11/22/02 09:55:58AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/25/2002 | 11/25/02 12:07:38PM | 11/25/02 12:07:40PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/27/2002 | 11/27/02 01:30:16PM | 11/27/02 01:30:18PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/27/2002 | 11/27/02 01:19:20PM | 11/27/02 01:19:22PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/27/2002 | 11/27/02 01:22:42PM | 11/27/02 01:22:44PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/27/2002 | 11/27/02 01:30:46PM | 11/27/02 01:30:48PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/27/2002 | 11/27/02 01:22:42PM | 11/27/02 01:22:44PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 11/29/2002 | 11/29/02 09:54:34AM | 11/29/02 09:54:36AM |

**Norberg Decl. - 64**
**CV03-1158P**

Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| userc.C.tmp | tmp | File, Deleted, Archive | 11/29/2002 | 11/29/02 09:54:34AM | 11/29/02 09:54:36AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/2/2002 | 12/02/02 08:38:22AM | 12/02/02 08:38:24AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/2/2002 | 12/02/02 08:36:58AM | 12/02/02 08:37:00AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/2/2002 | 12/02/02 08:48:52AM | 12/02/02 08:48:54AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/3/2002 | 12/03/02 08:27:36PM | 12/03/02 08:27:38PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/3/2002 | 12/03/02 01:24:38PM | 12/03/02 01:24:40PM |
| _WRD0002.TMP | TMP | File, Deleted, Archive | 12/3/2002 | 12/03/02 01:15:02PM | 12/03/02 01:15:06PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/3/2002 | 12/03/02 01:24:38PM | 12/03/02 01:24:40PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/3/2002 | 12/03/02 08:27:36PM | 12/03/02 08:27:38PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/4/2002 | 12/04/02 08:55:56PM | 12/04/02 08:55:58PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/4/2002 | 12/04/02 08:56:14PM | 12/04/02 08:56:16PM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/5/2002 | 12/05/02 08:36:50AM | 12/05/02 08:36:52AM |
| userc.C.tmp | tmp | File, Deleted, Archive | 12/5/2002 | 12/05/02 08:36:50AM | 12/05/02 08:36:52AM |
| _WRD0533.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 10:03:56AM | 12/06/02 10:03:56AM |
| _WRD0107.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 09:20:10AM | 12/06/02 09:20:14AM |
| _WRD2824.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 10:27:16AM | 12/06/02 10:27:18AM |
| _WRD2225.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 12:10:06AM | 12/06/02 12:10:08AM |
| _WRD1065.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 01:57:38AM | 12/06/02 01:57:38AM |
| _WRD3517.TMP | TMP | File, Deleted, Archive | 12/6/2002 | 12/06/02 09:20:10AM | 12/06/02 10:09:52AM |
| _WRD0123.TMP | TMP | File, Deleted, Archive | 12/9/2002 | 11/18/02 03:51:30PM | 12/09/02 10:46:00AM |
| _WRD0096.TMP | TMP | File, Deleted, Archive | 12/13/2002 | 11/18/02 03:51:30PM | 12/13/02 02:13:20PM |
| _WRD2246.TMP | TMP | File, Deleted, Archive | 1/2/2003 | 01/02/03 02:11:46PM | 01/02/03 02:11:48PM |
| _WRD2199.TMP | TMP | File, Deleted, Archive | 1/2/2003 | 01/02/03 02:11:46PM | 01/02/03 02:16:26PM |
| _WRD0005.TMP | TMP | File, Deleted, Archive | 2/20/2003 | 02/20/03 02:30:28PM | 02/20/03 02:30:30PM |
| ET44.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET30.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET39.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET38.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET37.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET31.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET33.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 12/20/00 02:28:52PM |
| ET2F.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| ET36.TMP | TMP | File, Deleted, Archive | 3/28/2003 | 03/28/03 10:55:18PM | 03/27/01 05:00:00AM |
| EXSWU~1.TMP | TMP | File, Deleted, Archive | 8/17/2003 | 08/17/03 03:35:34AM | 08/17/03 03:35:36AM |
| prfC.tmp | tmp | File, Deleted, Hidden, Archive | 10/5/2001 | 10/05/01 01:18:42PM | 03/23/01 12:09:00PM |
| RF33.TMP | TMP | File, Deleted, Hidden, System | 10/5/2001 | 10/05/01 01:18:44PM | 03/23/01 12:07:44PM |
| prfD.tmp | tmp | File, Deleted, Hidden, System | 10/5/2001 | 10/05/01 01:18:42PM | 05/01/01 02:31:06PM |

Norberg Decl. - 65
CV03-1158P

## Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| prfF.tmp | tmp | File, Deleted, Hidden, System | 10/5/2001 | 10/05/01 01:18:42PM | 05/01/01 02:31:04PM |
| _UTLOOK.TXT | TXT | File, Deleted, Archive | 2/20/2002 | 12/31/98 12:00:20PM | 12/31/98 12:00:20PM |
| _LREAD9.TXT | TXT | File, Deleted, Archive | 2/20/2002 | 03/19/99 09:29:20PM | 03/19/99 09:29:20PM |
| _CREAD9.TXT | TXT | File, Deleted, Archive | 2/20/2002 | 03/19/99 09:29:14PM | 03/19/99 09:29:14PM |
| _ILTERS.TXT | TXT | File, Deleted, Archive | 2/20/2002 | 02/22/99 07:29:42PM | 02/22/99 07:29:42PM |
| EADME.TXT | TXT | File, Deleted, Archive | 10/4/2002 | 07/25/01 11:00:00AM | 07/25/01 11:00:00AM |
| RealPlayer Home Page.url | url | File, Deleted, Archive | 6/28/2001 | 05/15/01 12:15:34PM | 05/15/01 12:15:36PM |
| MSN Money.url | url | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 08/29/01 10:21:06PM |
| EMINDER.WAV | WAV | File, Deleted, Archive | 2/20/2002 | 08/31/98 10:37:06AM | 08/31/98 10:37:06AM |
| AutoRecovery save of Alerts and Reminders.wp捨 | wp捨 | File, Deleted, Archive | 5/18/2001 | 05/18/01 03:06:14PM | 05/18/01 03:06:16PM |
| AutoRecovery save of Alerts and Reminders.wp捨 | wp捨 | File, Deleted, Archive | 5/18/2001 | 05/18/01 11:06:48AM | 05/18/01 11:06:52AM |
| AutoRecovery save of Alerts and Reminders.wp捨 | wp捨 | File, Deleted, Archive | 5/22/2001 | 05/22/01 08:58:12AM | 05/22/01 08:58:14AM |
| OLVSAMP.XLS | XLS | File, Deleted, Archive | 2/18/2002 | 03/10/99 03:42:04PM | 03/10/99 03:42:04PM |
| SMONEY.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| HPREFS.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| HHsku.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| datasrcschema.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| mny_schema.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| PTHEMES.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| ISURLS.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| EQURDFL.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| RLMAP0.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| BTHEMES.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| AmericanExpress.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| Datek.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/02 12:18:58PM | 07/25/02 12:18:58PM |
| TRADE.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| USA.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/02 12:18:58PM | 07/25/02 12:18:58PM |
| Ameritrade.xml | xml | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/01 10:00:00AM |
| UpdatefileStatus.xml | xml | File, Deleted, Archive | 10/4/2002 | 08/30/01 02:25:00PM | 08/20/02 03:56:40PM |
| drizzleupdate.xml | xml | File, Deleted, Archive | 10/4/2002 | 08/30/01 02:25:00PM | 08/18/02 10:16:56PM |

Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| compUpdate.xml | xml | File, Deleted, Archive | 10/4/2002 | 08/30/01 02:25:00PM | 08/20/02 03:55:46PM |
| _PONSOR.XML | XML | File, Deleted, Archive | 10/4/2002 | 07/25/01 10:00:00AM | 07/25/02 12:18:56PM |
| smrtconnupdate.xml企 | xml企 | File, Deleted, Archive | 10/4/2002 | 08/30/01 02:25:00PM | 08/20/02 03:56:46PM |
| AutoRecovery save of Docum | | File, Deleted, Archive | 5/8/2001 | 05/08/01 10:23:04AM | 05/08/01 10:23:06AM |
| Fwenchosts | | File, Deleted, Archive | 7/10/2001 | 07/10/01 02:13:22PM | 07/10/01 02:13:24PM |
| Fwenchosts | | File, Deleted, Archive | 7/10/2001 | 07/10/01 05:45:00PM | 07/10/01 05:45:02PM |
| Fwenchosts | | File, Deleted, Archive | 7/11/2001 | 07/11/01 08:08:10AM | 07/11/01 08:08:12AM |
| Fwenchosts | | File, Deleted, Archive | 7/11/2001 | 07/11/01 10:40:38PM | 07/11/01 10:40:40PM |
| Fwenchosts | | File, Deleted, Archive | 7/12/2001 | 07/12/01 12:22:02AM | 07/12/01 12:22:04AM |
| Fwenchosts | | File, Deleted, Archive | 7/12/2001 | 07/12/01 08:03:34AM | 07/12/01 09:39:58PM |
| Fwenchosts | | File, Deleted, Archive | 7/13/2001 | 07/13/01 04:28:28PM | 07/13/01 04:28:30PM |
| Fwenchosts | | File, Deleted, Archive | 7/15/2001 | 07/15/01 11:48:20PM | 07/15/01 11:48:22PM |
| Fwenchosts | | File, Deleted, Archive | 7/16/2001 | 07/16/01 08:07:36AM | 07/16/01 08:07:38AM |
| Fwenchosts | | File, Deleted, Archive | 7/17/2001 | 07/17/01 01:16:42PM | 07/17/01 01:16:44PM |
| Fwenchosts | | File, Deleted, Archive | 7/17/2001 | 07/17/01 12:38:42PM | 07/17/01 12:38:44PM |
| Fwenchosts | | File, Deleted, Archive | 7/17/2001 | 07/17/01 10:19:54PM | 07/17/01 10:19:56PM |
| Fwenchosts | | File, Deleted, Archive | 7/22/2001 | 07/22/01 10:51:58PM | 07/22/01 10:52:00PM |
| Fwenchosts | | File, Deleted, Archive | 7/23/2001 | 07/23/01 09:57:58PM | 07/23/01 09:58:00PM |
| Fwenchosts | | File, Deleted, Archive | 8/1/2001 | 08/01/01 08:06:06AM | 08/01/01 08:06:08AM |
| Fwenchosts | | File, Deleted, Archive | 8/5/2001 | 08/05/01 04:47:30PM | 08/05/01 04:47:32PM |
| Fwenchosts | | File, Deleted, Archive | 8/6/2001 | 08/06/01 12:15:10AM | 08/06/01 12:15:12AM |
| Fwenchosts | | File, Deleted, Archive | 8/7/2001 | 08/07/01 07:23:06AM | 08/07/01 07:23:08AM |
| Fwenchosts | | File, Deleted, Archive | 8/10/2001 | 08/10/01 07:31:40AM | 08/10/01 07:31:42AM |
| Fwenchosts | | File, Deleted, Archive | 8/10/2001 | 08/10/01 06:17:12PM | 08/10/01 06:17:14PM |
| Fwenchosts | | File, Deleted, Archive | 8/14/2001 | 08/14/01 08:21:56AM | 08/14/01 08:21:58AM |
| Fwenchosts | | File, Deleted, Archive | 8/15/2001 | 08/15/01 08:11:48AM | 08/15/01 08:11:50AM |
| Fwenchosts | | File, Deleted, Archive | 8/16/2001 | 08/16/01 08:06:48AM | 08/16/01 08:06:50AM |
| Fwenchosts | | File, Deleted, Archive | 8/17/2001 | 08/17/01 06:55:20PM | 08/17/01 06:55:22PM |
| Fwenchosts | | File, Deleted, Archive | 8/18/2001 | 08/18/01 10:42:58AM | 08/18/01 10:43:00AM |
| Fwenchosts | | File, Deleted, Archive | 8/19/2001 | 08/19/01 09:56:48AM | 08/19/01 09:56:50AM |
| Fwenchosts | | File, Deleted, Archive | 8/19/2001 | 08/19/01 10:26:32AM | 08/19/01 10:26:34AM |
| Fwenchosts | | File, Deleted, Archive | 8/19/2001 | 08/19/01 07:39:54AM | 08/19/01 07:39:56AM |
| Fwenchosts | | File, Deleted, Archive | 8/20/2001 | 08/20/01 12:10:34AM | 08/20/01 12:10:36AM |
| Fwenchosts | | File, Deleted, Archive | 8/20/2001 | 08/20/01 08:42:08AM | 08/20/01 08:42:10AM |
| Fwenchosts | | File, Deleted, Archive | 8/20/2001 | 08/20/01 12:38:10AM | 08/20/01 12:38:12AM |
| Fwenchosts | | File, Deleted, Archive | 8/20/2001 | 08/20/01 12:16:08AM | 08/20/01 12:16:10AM |

Norberg Decl. - 67
CV03-1158P

Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| Fwenchosts | | File, Deleted, Archive | 8/20/2001 | 08/20/01 08:23:18AM | 08/20/01 08:23:20AM |
| Fwenchosts | | File, Deleted, Archive | 8/23/2001 | 08/23/01 09:35:50AM | 08/23/01 09:35:52AM |
| Fwenchosts | | File, Deleted, Archive | 8/26/2001 | 08/26/01 07:34:58PM | 08/26/01 07:35:00PM |
| Fwenchosts | | File, Deleted, Archive | 8/27/2001 | 08/27/01 09:43:28PM | 08/27/01 09:43:30PM |
| Fwenchosts | | File, Deleted, Archive | 8/27/2001 | 08/27/01 08:07:58AM | 08/27/01 08:08:00AM |
| Fwenchosts | | File, Deleted, Archive | 8/28/2001 | 08/28/01 07:44:22AM | 08/28/01 07:44:24AM |
| Fwenchosts | | File, Deleted, Archive | 8/29/2001 | 08/29/01 10:37:08PM | 08/29/01 10:37:10PM |
| Fwenchosts | | File, Deleted, Archive | 8/29/2001 | 08/29/01 10:14:58PM | 08/29/01 10:15:00PM |
| Fwenchosts | | File, Deleted, Archive | 9/11/2001 | 09/01/01 11:32:34PM | 09/01/01 11:32:36PM |
| Fwenchosts | | File, Deleted, Archive | 9/2/2001 | 09/02/01 11:29:18PM | 09/02/01 11:29:20PM |
| Fwenchosts | | File, Deleted, Archive | 9/3/2001 | 09/03/01 12:30:40AM | 09/03/01 12:30:42AM |
| Fwenchosts | | File, Deleted, Archive | 9/3/2001 | 09/03/01 02:21:24AM | 09/03/01 02:21:26AM |
| Fwenchosts | | File, Deleted, Archive | 9/4/2001 | 09/04/01 08:48:08AM | 09/04/01 08:48:10AM |
| Fwenchosts | | File, Deleted, Archive | 9/4/2001 | 09/04/01 01:06:34PM | 09/04/01 01:06:36PM |
| 3B05100 | | File, Deleted, Archive | 9/5/2001 | 09/05/01 12:01:22PM | 09/05/01 02:36:54PM |
| 9694100 | | File, Deleted, Archive | 9/5/2001 | 09/05/01 12:01:22PM | 09/05/01 02:28:56PM |
| 7AF2100 | | File, Deleted, Archive | 9/5/2001 | 09/05/01 12:01:22PM | 09/05/01 02:00:48PM |
| EFDD000 | | File, Deleted, Archive | 9/5/2001 | 09/05/01 12:01:22PM | 09/05/01 12:31:36PM |
| Fwenchosts | | File, Deleted, Archive | 9/5/2001 | 09/05/01 08:32:16AM | 09/05/01 08:32:18AM |
| C52C000 | | File, Deleted, Archive | 9/5/2001 | 09/05/01 12:01:22PM | 09/05/01 12:01:26PM |
| Fwenchosts | | File, Deleted, Archive | 9/10/2001 | 09/10/01 09:40:16PM | 09/10/01 09:40:18PM |
| Fwenchosts | | File, Deleted, Archive | 9/10/2001 | 09/10/01 10:58:18PM | 09/10/01 10:58:20PM |
| Fwenchosts | | File, Deleted, Archive | 9/14/2001 | 09/14/01 09:38:40AM | 09/14/01 09:38:42AM |
| Fwenchosts | | File, Deleted, Archive | 9/18/2001 | 09/18/01 08:16:44AM | 09/18/01 08:16:46AM |
| Fwenchosts | | File, Deleted, Archive | 9/20/2001 | 09/20/01 12:01:02PM | 09/20/01 12:01:04PM |
| Fwenchosts | | File, Deleted, Archive | 9/24/2001 | 09/24/01 08:07:30AM | 09/24/01 08:07:32AM |
| Fwenchosts | | File, Deleted, Archive | 9/27/2001 | 09/27/01 12:11:16AM | 09/27/01 12:11:18AM |
| Fwenchosts | | File, Deleted, Archive | 9/30/2001 | 09/30/01 12:18:30AM | 09/30/01 12:18:32AM |
| Fwenchosts | | File, Deleted, Archive | 10/1/2001 | 10/01/01 11:38:24PM | 10/01/01 11:38:26PM |
| Fwenchosts | | File, Deleted, Archive | 10/2/2001 | 10/02/01 02:35:26PM | 10/02/01 02:35:28PM |
| Fwenchosts | | File, Deleted, Archive | 10/2/2001 | 10/02/01 03:46:00PM | 10/02/01 03:46:02PM |
| Fwenchosts | | File, Deleted, Archive | 10/3/2001 | 10/03/01 08:09:22AM | 10/03/01 08:09:24AM |
| AB86100 | | File, Deleted, Archive | 10/3/2001 | 09/05/01 12:01:22PM | 10/03/01 02:41:18PM |
| Fwenchosts | | File, Deleted, Archive | 10/4/2001 | 10/04/01 09:43:12AM | 10/04/01 09:43:14AM |
| Fwenchosts | | File, Deleted, Archive | 10/5/2001 | 10/05/01 10:29:04PM | 10/05/01 10:29:06PM |
| Fwenchosts | | File, Deleted, Archive | 10/5/2001 | 10/05/01 01:42:40PM | 10/05/01 01:42:42PM |
| Fwenchosts | | File, Deleted, Archive | 10/8/2001 | 10/08/01 10:18:22AM | 10/08/01 10:18:24AM |

Page 64 of 65

Norberg Decl. - 68
CV03-1158P

## Wiped File List

| Name | File Ext | Description | Last Accessed | File Created | Last Written |
|---|---|---|---|---|---|
| Fwenchosts | | File, Deleted, Archive | 10/9/2001 | 10/09/01 09:03:52AM | 10/09/01 09:03:54AM |
| Fwenchosts | | File, Deleted, Archive | 10/10/2001 | 10/10/01 08:16:54AM | 10/10/01 08:16:56AM |
| Fwenchosts | | File, Deleted, Archive | 10/14/2001 | 10/14/01 10:04:54PM | 10/14/01 10:04:56PM |
| Fwenchosts | | File, Deleted, Archive | 10/17/2001 | 10/17/01 12:50:14PM | 10/17/01 12:50:16PM |
| Fwenchosts | | File, Deleted, Archive | 10/25/2001 | 10/25/01 08:49:36AM | 10/25/01 08:49:38AM |
| Fwenchosts | | File, Deleted, Archive | 10/26/2001 | 10/26/01 08:19:02AM | 10/26/01 08:19:04AM |
| 6BB3000 | | File, Deleted, Archive | 11/1/2001 | 10/19/01 04:01:32PM | 11/01/01 09:43:28AM |
| 7C79100 | | File, Deleted, Archive | 11/29/2001 | 08/28/01 10:27:52AM | 11/29/01 03:30:20PM |
| 3CD5100 | | File, Deleted, Archive | 1/3/2002 | 10/01/01 05:05:38PM | 01/03/02 02:25:06PM |
| B5AC100 | | File, Deleted, Archive | 1/30/2002 | 01/30/02 11:36:18AM | 01/30/02 05:04:44PM |
| 616A100 | | File, Deleted, Archive | 6/26/2002 | 06/26/02 04:16:02PM | 06/26/02 04:20:58PM |
| 254A100 | | File, Deleted, Archive | 6/26/2002 | 06/26/02 04:16:02PM | 06/26/02 04:19:02PM |
| 492A000 | | File, Deleted, Archive | 6/26/2002 | 06/26/02 11:37:30AM | 06/26/02 11:37:32AM |

# Exhibit B

Norberg Decl. - 70
CV03-1158P

# IDX Files Wiped (examples)

IDXLeon2\IDX Files Wiped                                                                 Page 1

1) \IDXLeon2\LeonHD\C\Temp_Mleon_IDX\PROJECTS\NIST\AMIA meeting\AGENDA_PLAN.doc

2) IDXLeon2\LeonHD\C\Temp_Mleon_IDX\Informatics Meetting\Meeting08.doc

3) IDXLeon2\LeonHD\C\Temp_Mleon_IDX\PROJECTS\NIST\REPORTS\SAGE_assesment_Key strategic issues.doc

**Norberg Decl. - 71**
**CV03-1158P**

# IDX Files Wiped (examples)

IDXLeon2\IDX Files Wiped                                                                 Page 2

4) IDXLeon2\LeonHD\C\Temp_Mleon_IDX\PROJECTS\NIST\project planning\task_CIS_oa_requirements.doc

5) IDXLeon2\LeonHD\C\Temp_Mleon_IDX\PROJECTS\NIST\correspondence\_WRD0002.TMP

**Norberg Decl. - 72**
CV03-1158P