The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MAURICIO A. LEON, M.D.,

  Plaintiff,

v.

IDX SYSTEMS CORPORATION, a Vermont Corporation,

  Defendant.

No. CV03-1158P

SUPPLEMENTAL DECLARATION OF ANGELO J. CALFO IN SUPPORT OF MOTION TO DISMISS AND FOR TERMS RE: SPOLIATION

I, Angelo J. Calfo, declare and say:

1. I am a member of the law firm Yarmuth Wilsdon Calfo PLLC. Our firm represents IDX in this matter.

2. We have compiled the attached time records and other records relating to costs and fees relating to our investigation into the plaintiff's spoliation of evidence and our prosecution of this motion. Exhibit 1 sets forth our billings by time devoted, hourly rate, date and time keeper (along with a description of the work performed). Exhibit 2 sets forth our billings, and the billings of our co-counsel, by type of work performed (e.g., conferences with expert, expert fees, etc.) Our time records did not separate out time devoted specifically to work performed on this topic. As a result, we identified time records that referenced our work relating to plaintiff's spoliation or that we otherwise knew

SUPPLEMENTAL DECLARATION OF
ANGELO J. CALFO IN SUPPORT OF MOTION
TO DISMISS AND FOR TERMS RE:
SPOLIATION
NO. CV03-1158P — Page 1

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

1  from our calendars concerned that issue. Each timekeeper was directed to provide a
2  conservative estimate of the time devoted to the effort identified in the time records as
3  having related to plaintiff's spoliation.

4       3.    Our hourly rates correlate with rates charged by lawyers in Seattle that
5  litigate complex commercial matters. In fact, my firm agreed to discount its rates five
6  percent on this matter, and the attached time records reflect that discount.

7  I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.
9  Executed on: September 8th, 2004.

_____
ANGELO J. CALFO

SUPPLEMENTAL DECLARATION OF
ANGELO J. CALFO IN SUPPORT OF MOTION
TO DISMISS AND FOR TERMS RE:
SPOLIATION
304.01 re0810 10/08/04 1158P – Page 2

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

# EXHIBIT 1

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
### (Totals by Timekeeper)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| AJC | 03/24/04 | 1.0 | $309.00 | $309.00 | Conference Dublin; prepare for Baker meeting |
| AJC | 03/25/04 | 1.0 | $309.00 | $309.00 | Conference Baker; emails re laptop |
| AJC | 04/08/04 | 0.7 | $309.00 | $216.30 | Conference with R. Norberg |
| AJC | 04/09/04 | 1.7 | $309.00 | $525.30 | Conference with R. Baker, E. Taylor re H. Bunzey, R. Norberg |
| AJC | 05/04/04 | 3.5 | $309.00 | $1,081.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/05/04 | 0.8 | $309.00 | $247.20 | Work on issues re R. Norberg |
| AJC | 05/05/04 | 2.0 | $309.00 | $618.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/06/04 | 2.5 | $309.00 | $772.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/07/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/10/04 | 1.5 | $309.00 | $463.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/11/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/11/04 | 0.4 | $309.00 | $123.60 | Conference with R. Norberg |
| AJC | 05/12/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/12/04 | 2.0 | $309.00 | $618.00 | Conference with R. Norberg |
| AJC | 05/13/04 | 1.3 | $309.00 | $401.70 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/14/04 | 0.4 | $309.00 | $123.60 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/17/04 | 2.4 | $309.00 | $741.60 | Work on spoliation issues |
| AJC | 05/24/04 | 0.2 | $309.00 | $61.80 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/25/04 | 4.0 | $309.00 | $1,236.00 | Review, edit Motion to Dismiss |
| AJC | 05/25/04 | 0.5 | $309.00 | $154.50 | Email with R. Baker, work on spoliation issues |
| AJC | 05/25/04 | 0.6 | $309.00 | $185.40 | Email with E. Taylor, work on spoliation issues |
| AJC | 05/26/04 | 3.0 | $309.00 | $927.00 | Prepare Motion to Dismiss |
| AJC | 05/27/04 | 4.0 | $309.00 | $1,236.00 | Prepare Motion to Dismiss |
| AJC | 06/15/04 | 0.4 | $309.00 | $123.60 | Email with E. Taylor, work on spoliation issues |
| AJC | 06/16/04 | 2.0 | $309.00 | $618.00 | Work on response brief |
| AJC | 06/17/04 | 6.5 | $309.00 | $2,008.50 | Prepare reply brief and related pleadings |
| AJC | 06/17/04 | 0.8 | $309.00 | $247.20 | Email with R. Baker, work on spoliation issues |
| AJC | 06/17/04 | 0.7 | $309.00 | $216.30 | Email with E. Taylor, work on spoliation issues |
| Total | | 44.9 | | $14,492.10 | |
| JG | 04/16/04 | 1.2 | $228.00 | $273.60 | Research re spoliation issues |

Yarmuth Wilsdon Calfo

1

# Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
## (Totals by Timekeeper)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| JG | 04/26/04 | 0.4 | $228.00 | $91.20 | Review emails, correspondence re laptop retrieval |
| JG | 04/28/04 | 0.3 | $228.00 | $68.40 | Conference with A. Calfo re R. Norberg testimony |
| JG | 04/30/04 | 3.5 | $228.00 | $798.00 | Review and analysis of R. Norberg emails, reports |
| JG | 05/03/04 | 5.5 | $228.00 | $1,254.00 | Review and analysis of R. Norberg emails, reports; research re spoliation issues |
| JG | 05/04/04 | 4.7 | $228.00 | $1,071.60 | Meet with R. Norberg re laptop retrieval and report; research re spoliation issues |
| JG | 05/05/04 | 3.7 | $228.00 | $843.60 | Research, analysis re spoliation issues; conference with A. Calfo, N. Driver re R. Norberg testimony |
| JG | 05/06/04 | 5.5 | $228.00 | $1,254.00 | Research, analysis re spoliation issues; draft memo re laptop evidence |
| JG | 05/07/04 | 6.6 | $228.00 | $1,504.80 | Research, analysis re spoliation issues; work on memo re laptop evidence; conference with A. Calfo re same |
| JG | 05/10/04 | 6.3 | $228.00 | $1,436.40 | Research, analysis re spoliation issues; finalize memo re spoliation, laptop evidence; correspond with H. Bunzey |
| JG | 05/11/04 | 4.0 | $228.00 | $912.00 | Phone conference with Bunzey, R. Norberg re laptop; revise memo re same; conference with A. Calfo re same |
| JG | 05/12/04 | 4.9 | $228.00 | $1,117.20 | Review, revise memo re laptop per R. Norberg meeting |
| JG | 05/18/04 | 4.8 | $228.00 | $1,094.40 | Phone conference with R. Norberg re expert report; revise, analysis of Leon deposition testimony re spoliation issues |
| JG | 05/19/04 | 6.9 | $228.00 | $1,573.20 | Review, analysis of Leon deposition testimony re spoliation issues, draft Motion to Dismiss, phone call with R. Norberg, P. King re 5/20 conference; review R. Norberg draft expert report |
| JG | 05/20/04 | 7.7 | $228.00 | $1,755.60 | Review R. Norberg draft expert report; prepare for meeting with P. King; phone call with L. MacNeil (IDX Boston), H. Bunzey; work on Motion to Dismiss; review, analysis of Leon deposition testimony re spoliation issues; conference with A. Calfo re R. Norberg report |
| JG | 05/21/04 | 4.4 | $228.00 | $1,003.20 | Finalize review of R. Norberg report; prepare exhibits to same; research re spoliation, Motion to Dismiss |
| JG | 05/23/04 | 5.1 | $228.00 | $1,162.80 | Review, analysis of Leon deposition testimony re spoliation issues, work on Motion to Dismiss |

Yarmuth Wilsdon Calfo

2

**Leon v. IDX Systems Corp.**

**IDX Billing Incurred in Relation to Spoliation Issues**
**(Totals by Timekeeper)**

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| JG | 05/24/04 | 6.1 | $228.00 | $1,390.80 | Finalize Motion to Dismiss; research re same; email A. Calfo re same; draft declarations for same; review, analysis of Leon deposition testimony re spoliation issues |
| JG | 05/25/04 | 5.1 | $228.00 | $1,162.80 | Review, edit Motion to Dismiss; review A. Calfo, R. Baker comments re same; research re same; phone conference with R. Norberg re declaration |
| JG | 05/26/04 | 7.5 | $228.00 | $1,710.00 | Correspond with H. Bunzey re declaration; draft A. Calfo, J. Gross, H. Bunzey, E. Taylor, R. Norberg declarations for Motion to Dismiss; gather, review exhibits to same; conference with A. Calfo re Motion to Dismiss |
| JG | 05/27/04 | 7.9 | $228.00 | $1,801.20 | Edit, cite check, finalize Motion to Dismiss and declarations; conference with A. Calfo re same; review and edit RFAs re laptop |
| JG | 06/15/04 | 7.2 | $228.00 | $1,641.60 | Review, analysis of Leon response and declaration; analysis and draft of reply to same; exchange correspondence re same; attend team meeting re reply brief |
| JG | 06/16/04 | 6.8 | $228.00 | $1,550.40 | Phone call with R. Norberg re plaintiff's expert declaration and preparation of reply brief; draft reply brief; conference with A. Calfo re same |
| JG | 06/17/04 | 7.9 | $228.00 | $1,801.20 | Case research re plaintiff's response; finish draft reply brief; prepare R. Norberg declaration for same; conference with A. Calfo, N. Driver re reply brief; phone call with R. Norberg re declaration to reply brief |
| JG | 06/23/04 | 0.4 | $228.00 | $91.20 | Review, analysis of Finnie report |
| JG | 06/24/04 | 2.5 | $228.00 | $570.00 | Exchange voicemails with A. Calfo re plaintiff's response brief; correspond with Rosenberger re same; draft submission in response to plaintiff's response brief |
| Total | | 126.9 | | $28,933.20 | |
| | | | | | |
| NLD | 05/26/04 | 0.5 | $119.00 | $59.50 | Assemble correspondence with plaintiff's counsel re laptop |
| NLD | 05/27/04 | 3.0 | $119.00 | $357.00 | Review and edit Motion to Dismiss; prepare exhibits re same |
| NLD | 06/15/04 | 1.0 | $119.00 | $119.00 | Attend team meeting re plaintiff's response to Motion to Dismiss |
| NLD | 06/17/04 | 1.5 | $119.00 | $178.50 | Edit reply to Motion to Dismiss |
| Total | | 6.0 | | $714.00 | |
| | | | | | |
| Norberg | 03/22/04 | 4.5 | $150.00 | $675.00 | Deleted file analysis |

Yarmuth Wilsdon Calfo

# Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
## (Totals by Timekeeper)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Norberg | 03/23/04 | 8.5 | $150.00 | $1,275.00 | Analyze registry, unallocated space |
| Norberg | 03/24/04 | 4.0 | $150.00 | $600.00 | Analyze internet activity, prepare spreadsheet listings |
| Norberg | 04/14/04 | 4.5 | $150.00 | $675.00 | Examine image file for news reader programs; copy image file to DVD |
| Norberg | 05/04/04 | 4.0 | $150.00 | $600.00 | Meet with J. Gross; examine image for wiping |
| Norberg | 05/06/04 | 8.0 | $150.00 | $1,200.00 | Review image file in prep for expert report |
| Norberg | 05/07/04 | 6.5 | $150.00 | $975.00 | Review image file in prep for expert report |
| Norberg | 05/10/04 | 8.0 | $150.00 | $1,200.00 | Draft expert report |
| Norberg | 05/11/04 | 7.5 | $150.00 | $1,125.00 | Meet with J. Gross, A. Calfo; draft expert report |
| Norberg | 05/12/04 | 7.5 | $150.00 | $1,125.00 | Meet with J. Gross, A. Calfo; draft expert report |
| Norberg | 05/13/04 | 7.5 | $150.00 | $1,125.00 | Draft expert report |
| Norberg | 05/14/04 | 8.0 | $150.00 | $1,200.00 | Draft expert report |
| Norberg | 05/17/04 | 5.5 | $150.00 | $825.00 | Review Leon deposition re spoliation issues; prepare report exhibits |
| Norberg | 05/18/04 | 7.5 | $150.00 | $1,125.00 | Prepare report exhibits |
| Norberg | 05/19/04 | 2.5 | $150.00 | $375.00 | Draft expert report |
| Norberg | 05/20/04 | 5.5 | $150.00 | $825.00 | Meet with J. Gross; edit report format |
| Norberg | 05/21/04 | 1.0 | $150.00 | $150.00 | Print, deliver signed report |
| Norberg | 05/27/04 | 1.0 | $150.00 | $150.00 | Declaration |
| Norberg | 06/15/04 | 4.5 | $150.00 | $675.00 | Review motion and declaration of Finnie |
| Norberg | 06/16/04 | 6.0 | $150.00 | $900.00 | Phone call with J. Gross; prepare second declaration |
| Norberg | 06/16/04 | 1.0 | $150.00 | $150.00 | Prepare second declaration |
| Total | | 113.0 | | $16,950.00 | |
| | | | | | |
| MET | 03/22/04 | 0.3 | $250.00 | $75.00 | Emails re forensics |
| MET | 03/23/04 | 0.6 | $250.00 | $150.00 | Review initial forensic reports |
| MET | 03/24/04 | 1.0 | $250.00 | $250.00 | Conference Dublin; prepare for Baker meeting |
| MET | 03/25/04 | 1.0 | $250.00 | $250.00 | Conference Baker; emails re laptop |
| MET | 04/09/04 | 1.7 | $250.00 | $425.00 | Conference Norberg, Bunzey, Calfo |
| MET | 04/15/04 | 0.5 | $250.00 | $125.00 | Written discovery |
| MET | 05/03/04 | 0.3 | $250.00 | $75.00 | Leon deposition preparation - spoliation |
| MET | 05/12/04 | 0.3 | $250.00 | $75.00 | Leon deposition preparation - spoliation |
| MET | 05/13/04 | 1.3 | $250.00 | $325.00 | Leon deposition |
| MET | 05/14/04 | 0.5 | $250.00 | $125.00 | Leon deposition |
| MET | 05/25/04 | 0.6 | $250.00 | $150.00 | Email re spoliation motion |
| MET | 05/26/04 | 1.5 | $250.00 | $375.00 | Spoliation motion; conference Baker, Calfo |
| MET | 05/27/04 | 0.8 | $250.00 | $200.00 | Spoliation motion, declaration |
| MET | 06/14/04 | 1.5 | $250.00 | $375.00 | Review response, exhibits; work on reply |
| MET | 06/15/04 | 2.0 | $250.00 | $500.00 | Work on reply |
| Total | | 13.9 | | $3,475.00 | |
| | | | | | |
| LND | 03/24/04 | 2.7 | $180.00 | $486.00 | Research re spoliation; conference Taylor |
| LND | 05/05/04 | 0.2 | $180.00 | $36.00 | Email re spoliation remedies |

Yarmuth Wilsdon Calfo

# Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
## (Totals by Timekeeper)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Total | | 2.9 | | $522.00 | |
| | | | | | |
| GJP | 03/23/04 | 0.3 | $100.00 | $30.00 | Emails re spoliation |
| GJP | 03/24/04 | 0.3 | $100.00 | $30.00 | Review Norberg materials |
| Total | | 0.6 | | $60.00 | |
| | | | | | |
| Grand Total | | | | $65,146.30 | |

Yarmuth Wilsdon Calfo

**EXHIBIT 2**

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
### (Totals by Category)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Conferences, meetings, communications with expert, review expert report / testimony: | | | | | |
| AJC | 04/08/04 | 0.7 | $309.00 | $216.30 | Conference with R. Norberg |
| AJC | 05/05/04 | 0.8 | $309.00 | $247.20 | Work on issues re R. Norberg |
| AJC | 05/11/04 | 0.4 | $309.00 | $123.60 | Conference with R. Norberg |
| AJC | 05/12/04 | 2.0 | $309.00 | $618.00 | Conference with R. Norberg |
| JG | 04/28/04 | 0.3 | $228.00 | $68.40 | Conference with A. Calfo re R. Norberg testimony |
| JG | 04/30/04 | 3.5 | $228.00 | $798.00 | Review and analysis of R. Norberg emails, reports |
| JG | 05/03/04 | 5.5 | $228.00 | $1,254.00 | Review and analysis of R. Norberg emails, reports; research re spoliation issues |
| JG | 05/04/04 | 4.7 | $228.00 | $1,071.60 | Meet with R. Norberg re laptop retrieval and report; research re spoliation issues |
| JG | 05/11/04 | 4.0 | $228.00 | $912.00 | Phone conference with Bunzey, R. Norberg re laptop; revise memo re same; conference with A. Calfo re same |
| JG | 05/12/04 | 4.9 | $228.00 | $1,117.20 | Review, revise memo re laptop per R. Norberg meeting |
| JG | 05/18/04 | 4.8 | $228.00 | $1,094.40 | Phone conference with R. Norberg re expert report; analysis of Leon deposition testimony re spoliation issues |
| MET | 03/23/04 | 0.6 | $250.00 | $150.00 | Review initial forensic reports |
| MET | 04/09/04 | 1.7 | $250.00 | $425.00 | Conference Norberg, Bunzey, Calfo |
| GJP | 03/24/04 | 0.3 | $100.00 | $30.00 | Review Norberg materials |
| **TOTAL** | | | | **$8,125.70** | |
| Conferences, meetings, communications between counsel and or between counsel and client: | | | | | |
| AJC | 03/24/04 | 1.0 | $309.00 | $309.00 | Conference Dublin; prepare for Baker meeting |
| AJC | 03/25/04 | 1.0 | $309.00 | $309.00 | Conference Baker; emails re laptop |
| AJC | 04/09/04 | 1.7 | $309.00 | $525.30 | Conference with R. Baker, E. Taylor re H. Bunzey, R. Norberg |
| AJC | 05/25/04 | 0.5 | $309.00 | $154.50 | Email with R. Baker, work on spoliation issues |
| AJC | 05/25/04 | 0.6 | $309.00 | $185.40 | Email with E. Taylor, work on spoliation issues |
| AJC | 06/15/04 | 0.4 | $309.00 | $123.60 | Email with E. Taylor, work on spoliation issues |
| AJC | 06/17/04 | 0.8 | $309.00 | $247.20 | Email with R. Baker, work on spoliation issues |
| AJC | 06/17/04 | 0.7 | $309.00 | $216.30 | Email with E. Taylor, work on spoliation issues |
| MET | 03/22/04 | 0.3 | $250.00 | $75.00 | Emails re forensics |
| MET | 03/24/04 | 1.0 | $250.00 | $250.00 | Conference Dublin; prepare for Baker meeting |
| MET | 03/25/04 | 1.0 | $250.00 | $250.00 | Conference Baker; emails re laptop |
| GJP | 03/23/04 | 0.3 | $100.00 | $30.00 | Emails re spoliation |
| **TOTAL** | | | | **$2,675.30** | |

Yarmuth Wilsdon Calfo

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
## (Totals by Category)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Preparation for deposition, taking of deposition: | | | | | |
| AJC | 05/04/04 | 3.5 | $309.00 | $1,081.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/05/04 | 2.0 | $309.00 | $618.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/06/04 | 2.5 | $309.00 | $772.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/07/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/10/04 | 1.5 | $309.00 | $463.50 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/11/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/12/04 | 1.0 | $309.00 | $309.00 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/13/04 | 1.3 | $309.00 | $401.70 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/14/04 | 0.4 | $309.00 | $123.60 | Leon deposition preparation, work on spoliation issues |
| AJC | 05/24/04 | 0.2 | $309.00 | $61.80 | Leon deposition preparation, work on spoliation issues |
| MET | 05/03/04 | 0.3 | $250.00 | $75.00 | Leon deposition preparation - spoliation |
| MET | 05/12/04 | 0.3 | $250.00 | $75.00 | Leon deposition preparation - spoliation |
| MET | 05/13/04 | 1.3 | $250.00 | $325.00 | Leon deposition |
| MET | 05/14/04 | 0.5 | $250.00 | $125.00 | Leon deposition |
| TOTAL | | | | $5,049.60 | |
| | | | | | |
| Analysis of spoliation and related issues: | | | | | |
| AJC | 05/17/04 | 2.4 | $309.00 | $741.60 | Work on spoliation issues |
| JG | 04/16/04 | 1.2 | $228.00 | $273.60 | Research re spoliation issues |
| JG | 04/26/04 | 0.4 | $228.00 | $91.20 | Review emails, correspondence re laptop retrieval |
| JG | 05/05/04 | 3.7 | $228.00 | $843.60 | Research, analysis re spoliation issues; conference with A. Calfo, N. Driver re R. Norberg testimony |
| JG | 05/06/04 | 5.5 | $228.00 | $1,254.00 | Research, analysis re spoliation issues; draft memo re laptop evidence |
| JG | 05/07/04 | 6.6 | $228.00 | $1,504.80 | Research, analysis re spoliation issues; work on memo re laptop evidence; conference with A. Calfo re same |
| JG | 05/10/04 | 6.3 | $228.00 | $1,436.40 | Research, analysis re spoliation issues; finalize memo re spoliation, laptop evidence; correspond with H. Bunzey |
| JG | 06/23/04 | 0.4 | $228.00 | $91.20 | Review, analysis of Finnie report |
| LND | 03/24/04 | 2.7 | $180.00 | $486.00 | Research re spoliation; conference Taylor |
| LND | 05/05/04 | 0.2 | $180.00 | $36.00 | Email re spoliation remedies |
| TOTAL | | | | $6,758.40 | |

Yarmuth Wilsdon Calfo

Supplemental Dec. of A. Calfo
CV 03-1158P   Page 11

2

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
### (Totals by Category)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Preparation of Motion to Dismiss and related pleadings: | | | | | |
| AJC | 05/25/04 | 4.0 | $309.00 | $1,236.00 | Review, edit Motion to Dismiss |
| AJC | 05/26/04 | 3.0 | $309.00 | $927.00 | Prepare Motion to Dismiss |
| AJC | 05/27/04 | 4.0 | $309.00 | $1,236.00 | Prepare Motion to Dismiss |
| AJC | 06/16/04 | 2.0 | $309.00 | $618.00 | Work on response brief |
| AJC | 06/17/04 | 6.5 | $309.00 | $2,008.50 | Prepare reply brief and related pleadings |
| JG | 05/25/04 | 5.1 | $228.00 | $1,162.80 | Review, edit Motion to Dismiss; review A. Calfo, R. Baker comments re same; research re same; phone conference with R. Norberg re declaration |
| JG | 05/26/04 | 7.5 | $228.00 | $1,710.00 | Correspond with H. Bunzey re declaration; draft A. Calfo, J. Gross, H. Bunzey, E. Taylor, R. Norberg declarations for Motion to Dismiss; gather, review exhibits to same; conference with A. Calfo re Motion to Dismiss |
| JG | 05/27/04 | 7.9 | $228.00 | $1,801.20 | Edit, cite check, finalize Motion to Dismiss and declarations; conference with A. Calfo re same; review and edit RFAs re laptop |
| JG | 06/15/04 | 7.2 | $228.00 | $1,641.60 | Review, analysis of Leon response and declaration; analysis and draft of reply to same; exchange correspondence re same; attend team meeting re reply brief |
| JG | 06/16/04 | 6.8 | $228.00 | $1,550.40 | Phone call with R. Norberg re plaintiff's expert declaration and preparation of reply brief; draft reply brief; conference with A. Calfo re same |
| JG | 06/17/04 | 7.9 | $228.00 | $1,801.20 | Case research re plaintiff's response; finish draft reply brief; prepare R. Norberg declaration for same; conference with A. Calfo, N. Driver re reply brief; phone call with R. Norberg re declaration to reply brief |
| JG | 06/24/04 | 2.5 | $228.00 | $570.00 | Exchange voicemails with A. Calfo re plaintiff's response brief; correspond with Rosenberger re same; draft submission in response to plaintiff's response brief |
| JG | 05/21/04 | 4.4 | $228.00 | $1,003.20 | Finalize review of R. Norberg report; prepare exhibits to same; research re spoliation, Motion to Dismiss |
| JG | 05/23/04 | 5.1 | $228.00 | $1,162.80 | Review, analysis of Leon deposition testimony re spoliation issues, work on Motion to Dismiss |
| JG | 05/24/04 | 6.1 | $228.00 | $1,390.80 | Finalize Motion to Dismiss; research re same; email A. Calfo re same; draft declarations for same; review, analysis of Leon deposition testimony re spoliation issues |

Yarmuth Wilsdon Calfo

3

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
### (Totals by Category)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| NLD | 05/27/04 | 3.0 | $119.00 | $357.00 | Review and edit Motion to Dismiss; prepare exhibits re same |
| NLD | 06/15/04 | 1.0 | $119.00 | $119.00 | Attend team meeting re plaintiff's response to Motion to Dismiss |
| NLD | 06/17/04 | 1.5 | $119.00 | $178.50 | Edit reply to Motion to Dismiss |
| MET | 04/15/04 | 0.5 | $250.00 | $125.00 | Written discovery |
| MET | 05/25/04 | 0.6 | $250.00 | $150.00 | Email re spoliation motion |
| MET | 05/26/04 | 1.5 | $250.00 | $375.00 | Spoliation motion; conference Baker, Calfo |
| MET | 05/27/04 | 0.8 | $250.00 | $200.00 | Spoliation motion, declaration |
| MET | 06/14/04 | 1.5 | $250.00 | $375.00 | Review response, exhibits; work on reply |
| MET | 06/15/04 | 2.0 | $250.00 | $500.00 | Work on reply |
| TOTAL | | | | $22,199.00 | |
| | | | | | |
| **Combined or Miscellaneous Issues:** | | | | | |
| JG | 05/19/04 | 6.9 | $228.00 | $1,573.20 | Review, analysis of Leon deposition testimony re spoliation issues, draft Motion to Dismiss, phone call with R. Norberg, P. King re 5/20 conference; review R. Norberg draft expert report |
| JG | 05/20/04 | 7.7 | $228.00 | $1,755.60 | Review R. Norberg draft expert report; prepare for meeting with P. King; phone call with L. MacNeil (IDX Boston), H. Bunzey; work on Motion to Dismiss; review, analysis of Leon deposition testimony re spoliation issues; conference with A. Calfo re R. Norberg report |
| NLD | 05/26/04 | 0.5 | $119.00 | $59.50 | Assemble correspondence with plaintiff's counsel re laptop |
| Total | | | | $3,388.30 | |
| | | | | | |
| Norberg | 03/22/04 | 4.5 | $150.00 | $675.00 | Deleted file analysis |
| Norberg | 03/23/04 | 8.5 | $150.00 | $1,275.00 | Analyze registry, unallocated space |
| Norberg | 03/24/04 | 4.0 | $150.00 | $600.00 | Analyze internet activity, prepare spreadsheet listings |
| Norberg | 04/14/04 | 4.5 | $150.00 | $675.00 | Examine image file for news reader programs; copy image file to DVD |
| Norberg | 05/04/04 | 4.0 | $150.00 | $600.00 | Meet with J. Gross; examine image for wiping |
| Norberg | 05/06/04 | 8.0 | $150.00 | $1,200.00 | Review image file in prep for expert report |
| Norberg | 05/07/04 | 6.5 | $150.00 | $975.00 | Review image file in prep for expert report |
| Norberg | 05/10/04 | 8.0 | $150.00 | $1,200.00 | Draft expert report |
| Norberg | 05/11/04 | 7.5 | $150.00 | $1,125.00 | Meet with J. Gross, A. Calfo; draft expert report |
| Norberg | 05/12/04 | 7.5 | $150.00 | $1,125.00 | Meet with J. Gross, A. Calfo; draft expert report |
| Norberg | 05/13/04 | 7.5 | $150.00 | $1,125.00 | Draft expert report |
| Norberg | 05/14/04 | 8.0 | $150.00 | $1,200.00 | Draft expert report |

Yarmuth Wilsdon Calfo

Leon v. IDX Systems Corp.

## IDX Billing Incurred in Relation to Spoliation Issues
### (Totals by Category)

| Timekeeper | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Norberg | 05/17/04 | 5.5 | $150.00 | $825.00 | Review Leon deposition re spoliation issues; prepare report exhibits |
| Norberg | 05/18/04 | 7.5 | $150.00 | $1,125.00 | Prepare report exhibits |
| Norberg | 05/19/04 | 2.5 | $150.00 | $375.00 | Draft expert report |
| Norberg | 05/20/04 | 5.5 | $150.00 | $825.00 | Meet with J. Gross; edit report format |
| Norberg | 05/21/04 | 1.0 | $150.00 | $150.00 | Print, deliver signed report |
| Norberg | 05/27/04 | 1.0 | $150.00 | $150.00 | Declaration |
| Norberg | 06/15/04 | 4.5 | $150.00 | $675.00 | Review motion and declaration of Finnie |
| Norberg | 06/16/04 | 6.0 | $150.00 | $900.00 | Phone call with J. Gross; prepare second declaration |
| Norberg | 06/16/04 | 1.0 | $150.00 | $150.00 | Prepare second declaration |
| **Total** | | 113.0 | | $16,950.00 | |
| | | | | | |
| **Grand Total** | | | | $65,146.30 | |

Yarmuth Wilsdon Calfo

5

Supplemental Dec. of A. Calfo
CV 03-1158P   Page 14