THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICIO A. LEON, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> IDX SYSTEMS CORPORATION, a Vermont corporation, <br><br> Defendant. | NO. CV03-1158P <br><br> PLAINTIFF'S MEMORANDUM CONCERNING: <br><br> (1) DEFENDANT'S MOTION TO DISMISS AND FOR TERMS RE SPOLIATION OF EVIDENCE <br><br> AND <br><br> (2) ORAL ARGUMENT HEARD ON SEPTEMBER 8, 2004 |

At the conclusion of yesterday's hearing, the Court and the parties agreed that the Court should form it's own assessment of Dr. Leon's credibility prior to ruling on IDX's motion concerning alleged spoliation. The Court requested that the parties jointly submit excerpts from the videotaped deposition of Dr. Leon.

In the interests of justice, and in order to give the Court and IDX an opportunity to examine Dr. Leon in the crucible of the courtroom, Dr. Leon respectfully requests that the Court devote its time not to a review of a videotaped deposition, but rather to an examination

PLTF'S MEMO CONCERNING (1) DEF.'S MOTION TO DISMISS AND FOR
TERMS RE SPOLIATION OF EVIDENCE and (2) ORAL ARGUMENT - 1 of 3
(CV03-1158P)
[1281949 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

of Dr. Leon himself on the stand. Dr. Leon will make himself available at the convenience of the Court and counsel for IDX, and will respond to any and all questions relating to the subject matter of this motion.

Dated this 9th day of September, 2004.

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP


By   s/Kenneth G. Kieffer
      Kenneth G. Kieffer, WSBA No. 10850
      kkieffer@gth-law.com
      Albert R. Malanca, WSBA No. 01226
      amalanca@gth-law.com
      Timothy L. Ashcraft, WSBA No. 26196
      tashcraft@gth-law.com
      Attorneys for Plaintiff

PLTF'S MEMO CONCERNING (1) DEF.'S MOTION TO DISMISS AND FOR TERMS RE SPOLIATION OF EVIDENCE and (2) ORAL ARGUMENT - 2 of 3
(CV03-1158P)
[1281949 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2004, I electronically delivered the foregoing to the following: M. Edward Taylor at etaylor@sebrisbusto.com, Rick Kaiser at rkaiser@sebrisbusto.com, Lisa N.W. Dublin at ldublin@sebrisbusto.com, Angelo J. Calfo at acalfo@yarmuth.com, Michelle K. Peterson at mpeterson@yarmuth.com, Michael Rosenberger at mrosenberger@yarmuth.com, and Jordan Gross at jgross@yarmuth.com, counsel for defendant IDX in the above case.

*/s/ Leslee E. Hoober*
Leslee E. Hoober, Legal Assistant
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM
   1201 Pacific Avenue Suite 2100
   Tacoma WA  98402
   253-620-6500
   253-620-6565
   Attorneys for Mauricio A. Leon

PLTF'S MEMO CONCERNING (1) DEF.'S MOTION TO DISMISS AND FOR TERMS RE SPOLIATION OF EVIDENCE and (2) ORAL ARGUMENT - 3 of 3
(CV03-1158P)
[1281949 v1.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565