UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICIO LEON,<br><br>                Plaintiff(s),<br><br>v.<br><br>IDX SYSTEMS CORPORATION,<br><br>                Defendant(s). | No. C03-1158P<br><br>JUDGMENT |

       This action came on for hearing before the Court, Honorable Marsha J. Pechman, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered in the Court's Order Dismissing Plaintiff's Claims Due to Plaintiff's Spoliation of Evidence,

       IT IS ORDERED AND ADJUDGED:

       That Plaintiff Mauricio Leon, M.D., take nothing, that the action be dismissed on the merits, and that the Defendant IDX recover from Plaintiff Mauricio Leon the sum of $65,000.00, to be paid no later than ten (10) days after the date of this Judgment, with interest accruing thereafter at the annual rate of 2.18%, as provided by law.

       The Clerk is directed to send copies of this order to all counsel of record.

       Dated: April 21, 2005

                                    /s/ Marsha J. Pechman_____
                                    Marsha J. Pechman
                                    United States District Judge

ORDER - 1